## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| LONNIE LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | FILE NO. _____ |
| | ) | [On removal from State |
| STATE FARM FLORIDA | ) | Court of Fulton County, |
| INSURANCE COMPANY, | ) | Georgia, Civil Action |
| | ) | File No. 20EV007743] |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF REMOVAL</u>

State Farm Florida Insurance Company ("State Farm"), Defendant in the above-styled civil action, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 within the time prescribed by law, respectfully showing this Court as follows:

1.

On December 23, 2020, Plaintiff Lonnie Love ("Plaintiff"), by and through counsel, filed a Complaint against State Farm in the State Court of Fulton County, Georgia, styled as *Lonnie Love v. State Farm Florida Insurance Company*, and assigned Civil Action File No. 20EV007743 (the "State Court Action"). True and correct copies of all filings to date in the Superior Court Action are collectively attached hereto as **Exhibit "1"**.

2.

Pursuant to Fla. Stat. § 48.151, State Farm has designated the Chief Financial Officer of Florida as its Statutory Registered Agent for Service of Process.  On January 13, 2021, Plaintiff delivered the Complaint and Summons to the Chief Financial Officer of Florida.  The Chief Financial Officer of Florida then forwarded the Summons and Complaint to State Farm's registered agent on January 25, 2021.  Thus, State Farm was serve on January 25, 2021.  This Notice of Removal is filed within 30 days of January 25, 2021, the date on which State Farm was served with the Complaint and notice of the subject lawsuit.  This Notice of Removal is also filed within one year of the commencement of the action.  Thus, removal is timely under 28 U.S.C. § 1446(b).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Fulton County, Georgia.  Thus, removal to this Court is proper under 28 U.S.C. § 1441(a).

4.

Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, State Farm will give written notice to Plaintiff and will file a copy of this

Notice of Removal with the Clerk of Superior Court of Fulton County, which shall effect the removal.

## DIVERSITY JURISDICTION

5.

The United States District Court for the Northern District of Georgia, Atlanta Division, possesses diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

6.

For the purpose of determining diversity, an individual's citizenship is based upon his domicile, not every place he has a residence. *McCormick v. Aderholt*, 293 F.3d 1254, 1257 (11th Cir. 2002). "A person's domicile is the place of 'his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom.'" *Id.* at 1257-58.

7.

Plaintiff was a resident of Georgia on the date that the Complaint was filed. The address on the Declarations Page of Plaintiffs' insurance policy with State Farm is an Atlanta, Georgia address. (Dkt. 1-1, Compl. ¶ 11; Hogge Decl. ¶ 4, attached hereto as **Exhibit "2,"** at Ex. 1 thereto.) Plaintiff maintains a residence in Alpharetta, Georgia, where he has lived with his children for about four years.

(Hogge Decl. ¶ 5, Ex. 2 at 7; Hogge Decl. ¶ 6, Ex. 2 at 8.)  Plaintiff has a Georgia driver's license.  (Hogge Decl. ¶ 8, Ex. 2 at 7.)  During his examination under oath, Plaintiff testified that owns U Digg Music Group; Love Holdings, LLC; Love Parking; and Money M.O.B. ENT.  (Hogge Decl. ¶ 9, Ex. 2 at 12.)  Plaintiff testified that all of the entities are Georgia entities, except U Digg Music Group. (Hogge Decl. ¶ 9, Ex. 2 at 12-13.)  Although Plaintiff allegedly has a residence in Florida, during his examination under oath, he declined to identify anyone with whom he lives in Florida.  (Hogge Decl. ¶ 7, Ext. 2 at 9.)  Thus, Plaintiff is a citizen of the State of Georgia.

8.

At all times relevant to this action, State Farm was a corporation organized under the laws of the State of Florida, with its principal place of business in the State of Florida.  Thus, State Farm is a citizen of the State of Florida.

9.

Because Plaintiff and State Farm are citizens of different States, complete diversity exists between Plaintiff and State Farm in accordance with 28 U.S.C. § 1332(a)(1).

10.

Plaintiff alleges in the Complaint that the value of his claim is at least $137,200.  In addition, before suit was filed, Plaintiff submitted a sworn statement in proof of loss, in which he claimed that the amount of his loss, which is the subject of this lawsuit, is $137,200.00.   (Hogge Decl. ¶ 10.)   It is State Farm's belief that, although Plaintiff did not specify the amount of damages to be sought at trial in his Complaint, the amount of contract damages sought by Plaintiff at the trial of this case would be in excess of $75,000.00.  Accordingly, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a).

11.

Venue is proper in this Court for purposes of removal under 28 U.S.C. § 1441(a), but not necessarily for purposes of 28 U.S.C. § 1391 or any other applicable venue provision.  By filing this Notice of Removal, State Farm does not waive any of its jurisdictional objections or affirmative defenses.

WHEREFORE, State Farm prays that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1446, and that no further proceedings be had in said case in the Superior Court of Fulton County, Georgia.

This 24th day of February, 2021.

                                              Respectfully submitted,

                                              SWIFT, CURRIE, McGHEE & HIERS

                                              */s/  Kristen M. Vigilant*
                                              Rebecca E. Strickland
                                              Georgia Bar No. 358183
                                              Kristen M. Vigilant
                                              Georgia Bar No. 191460
                                              ***Attorneys for State Farm Florida***
                                              ***Insurance Company***

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com

## LOCAL RULE 5.1C CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 24th day of February, 2021.

SWIFT, CURRIE, McGHEE & HIERS

/s/  Kristen M. Vigilant
Rebecca E. Strickland
Georgia Bar No. 358183
Kristen M. Vigilant
Georgia Bar No. 191460
**Attorneys for State Farm Florida
Insurance Company**

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify I have this day electronically filed the foregoing ***Notice of***

***Removal*** with the Clerk of Court via the CM/ECF system, through which the Court

will send notification to the following attorney:

Jamie B. Hernan, Esq.
The Hernan Law Firm, P.C.
10896 Crabapple Road
Roswell, Georgia 30075
jamie@hernanfirm.com
*Attorney for Plaintiff Lonnie Love*

This 24th day of February, 2021.

SWIFT, CURRIE, McGHEE & HIERS

*/s/  Kristen M. Vigilant*
Rebecca E. Strickland
Georgia Bar No. 358183
Kristen M. Vigilant
Georgia Bar No. 191460
***Attorneys for State Farm Florida
Insurance Company***

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com