# EXHIBIT

# 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LONNIE LOVE, | )( | |
| | )( | |
| Plaintiff, | )( | CIVIL ACTION |
| | )( | FILE NO. _____ |
| v. | )( | ON REMOVAL FROM |
| | )( | STATE COURT OF |
| STATE FARM FLORIDA | )( | FULTON COUNTY |
| INSURANCE COMPANY, | )( | CAFN: 20EV007743 |
| | )( | |
| Defendant. | )( | |

## DECLARATION OF OF SHAWN HOGGE

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1.

I am Shawn Hogge.  I am a United States citizen over the age of eighteen years, I am competent to testify to the following, and I have personal knowledge of all matters addressed herein.

2.

I am employed by State Farm Fire and Casualty Company as a claims specialist.  State Farm Fire and Casualty Company and State Farm Florida Insurance Company are both subsidiaries of State Farm Mutual Automobile

Insurance Company. I am authorized to give this affidavit on behalf of State Farm Florida Insurance Company.

3.

On September 23, 2020, I was assigned the responsibility of investigating and evaluating the claim submitted by Plaintiff under policy no. 59-CK-S034-0 ("the Policy) related to an alleged theft loss that occurred on or about September 6, 2020 ("the Loss").

4.

The address on the Declarations Page of the Policy is an Atlanta, Georgia address. A true and correct copy of the Declarations Page is attached hereto as Exhibit 1.

5.

Plaintiff maintains a residence in Alpharetta, Georgia, where he has lived for about four years. (<u>See</u> Examination under Oath Transcript, excerpts of which are attached hereto as Exhibit 2, at 7).

6.

Plaintiff lives with his children in Alpharetta, Georgia. (<u>See</u> Examination under Oath Transcript at 8).

7.

Although Plaintiff has a residence in Florida, during his examination under oath, he declined to identify anyone with whom he lives in Florida. (See Examination under Oath Transcript at 9).

8.

Plaintiff has a Georgia driver's license. (See Examination under Oath Transcript at 7).

9.

During his examination under oath, Plaintiff testified that owns U Digg Music Group; Love Holdings, LLC; Love Parking; and Money M.O.B. ENT. (See Examination under Oath Transcript at 12). Plaintiff testified that all of the entities are Georgia entities, except U Digg Music Group. (Id. at 12-13).

10.

Plaintiff submitted a sworn statement in proof of loss ("POL"), in which he claimed that the amount of his loss, which is the subject of this lawsuit, is $137,200.00. A true and accurate copy of this POL is attached hereto as Exhibit 3.

11.

Plaintiff filed suit against State Farm Florida Insurance Company in the State Court of Fulton County, Georgia. State Farm Florida Insurance Company was served with this lawsuit on January 25, 2021.

12.

It is State Farm Florida Insurance Company's belief that, although the Plaintiff did not specify the amount of damages to be sought at trial in his Complaint, the amount of contract damages sought by the Plaintiff at the trial of this case would be in excess of $75,000.00.

13.

This Affidavit is given in support of the Notice of Removal filed on behalf of State Farm Florida Insurance Company in the case <u>Lonnie Love v. State Farm Florida Insurance Company</u>, and for all purposes authorized by law.

14.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __22__ day of February, 2021.

_____
SHAWN HOGGE

4837-1980-5405, v. 1

- 4 -

# **EXHIBIT 1**

# In The Matter Of:
*STATE FARM INSURANCE COMPANIES*
*LONNIE LOVE*

*EUO of LONNIE DALE LOVE*
*November 5, 2020*



JPA REPORTING, LLC

CERTIFIED COURT REPORTERS
404-853-1811     1-888-947-2963

*Original File 1105Love20.txt*
*Min-U-Script® with Word Index*

Page 1

**STATE FARM INSURANCE COMPANIES**

_____

IN RE:

    LONNIE LOVE,

        Insured.

CLAIM NO.: 59-11P3-20M

DOL:  09/06/2020

_____

VIDEOCONFERENCE EXAMINATION UNDER OATH OF

LONNIE DALE LOVE

Thursday, November 5, 2020

11:00 a.m.

Videoconference with connections from:
Roswell, Atlanta and Alpharetta, Georgia

Judy J. Smith, CCR-A-521

Page 2

APPEARANCES OF COUNSEL

On behalf of State Farm Insurance Company:

    DENISE E. WEINER, Esq.
    Hall Booth Smith, P.C.
    191 Peachtree Street, N.E.
    Suite 2900
    Atlanta, Georgia  30303
    404-954-6955
    dweiner@hallboothsmith.com

On behalf of the Insured:

    JAMIE B. HERNAN, Esq.
    The Hernan Law Firm
    10896 Crabapple Road
    Roswell, Georgia  30075
    678-275-4000
    jamie@hernanfirm.com

- - -

Page 3

INDEX TO EXHIBITS

| EXHIBIT | PAGE |
|---|---|
| Exhibit 1 | 85 |
| Appraisal Certificates Four Pages | |
| Exhibit 2 | 85 |
| Sworn Statement in Proof of Loss Claim Number 59-11P3-20M | |
| Exhibit 3 | 88 |
| Letter, Weiner to Love November 2, 2020 | |

(Original Exhibits 1 through 3 have been attached to the original transcript.)

Page 4

[1] (Reporter disclosure made pursuant to
[2] Article 10.B of the Rules and Regulations of the
[3] Board of Court Reporting of the Judicial Council
[4] of Georgia.)
[5]    **MS. WEINER:** Mr. Love, my name is Denise
[6] Weiner.  I'm an attorney, and I was hired by
[7] State Farm to obtain your examination under oath
[8] which is why we're here today.
[9]    There's a court reporter here, you see
[10] her, Judy Smith, and she is going to be taking
[11] down everything that we say here at this
[12] examination under oath.
[13]    When the examination under oath is
[14] complete she's going to prepare what's called a
[15] transcript which is just like a little book of
[16] everything that we say here today, and when she's
[17] done transcribing, she'll send me a copy and I'm
[18] going to send a copy to your attorney, Jamie
[19] Hernan, and when you get it or when he gets it,
[20] he'll get it to you.
[21]    You'll need to read that transcript and
[22] complete what's called an errata sheet, which is
[23] just a document that allows you to make any
[24] changes to your testimony if you remember
[25] something different than what you told us here

Page 5

[1] today or maybe the court reporter took it down
[2] wrong, whatever it may be.
[3]     You can make those changes on that errata
[4] sheet, and you can sign and notarize that errata
[5] sheet and your attorney can get that back to me
[6] and you guys can keep the transcript for your
[7] records.
[8]     **THE WITNESS:** All right.
[9]     **MS. WEINER:** I don't think we're going to
[10] be here too terribly long today, but if you need
[11] to take a break for any reason, we certainly can.
[12] Just let me know and we'll do that, okay?
[13]     **THE WITNESS:** Okay.
[14]     LONNIE DALE LOVE,
[15] having been first duly sworn, was examined and
[16] testified as follows:
[17]     **EXAMINATION**
[18] **BY MS. WEINER:**
[19]   Q.   Mr. Love, could you state your full name
[20] for me?
[21]   A.   Lonnie Dale Love.
[22]   Q.   You faded out for a second. Can you say
[23] it one more time?
[24]   A.   Lonnie Dale Love.
[25]   Q.   Did you say your middle name was Dale?

Page 6

[1]   A.   Dale, D-A-L-E.
[2]     (Off the record discussion.)
[3] **BY MS. WEINER:**
[4]   Q.   So it's Lonnie Dale Love, right?
[5]   A.   Yes.
[6]   Q.   Did you say yes?
[7]   A.   Yes.
[8]   Q.   Mr. Love, where do you currently reside?
[9] What's your address?
[10]     **MS. WEINER:** We can't hear you, Mr. Love,
[11] I'm sorry. Because both of us can't hear you,
[12] I'm not sure what the issue is.
[13]     **MR. HERNAN:** Give me a minute. I'm going
[14] to use a different computer. I'm going to leave
[15] for a moment we'll log back in a moment.
[16]     (Brief recess.)
[17] **BY MS. WEINER:**
[18]   Q.   Mr. Love, you were telling me before we
[19] took our break for our technical issues when I asked
[20] you where you lived, I believe you said that you had
[21] two separate residences. Was that what you were
[22] saying?
[23]   A.   Yes.
[24]   Q.   Where are those residences?
[25]   A.   Atlanta and Miramar.

Page 7

[1]   Q.   Can you tell me your address in Miramar
[2] where you live?
[3]   A.   ███████████████████.
[4]   Q.   And that's Miramar, what's the zip code
[5] there?
[6]   A.   33027.
[7]   Q.   What's your address here in Atlanta?
[8]   A.   ████████████████████████████,
[9] and it's not a street or avenue, it's just ████████,
[10] and that's Alpharetta, Georgia.
[11]   Q.   I'm sorry, what were the numbers there for
[12] the address at ████████████?
[13]   A.   ██████.
[14]   Q.   On your driver's license, which address
[15] does it have?
[16]   A.   It actually don't have an address. It
[17] has a P.O. box just for purposes of not knowing, you
[18] know, people, I don't really like people knowing who I
[19] am, having access to my address.
[20]   Q.   Is your driver's license a Georgia
[21] driver's license or a Florida driver's license?
[22]   A.   I have a Georgia driver's license.
[23]   Q.   What's your P.O. Box?
[24]   A.   ████████████████ Atlanta, Georgia, 30325.
[25]   Q.   How long have you lived at the address in

Page 8

[1] Alpharetta?
[2]   A.   Say it one more time.
[3]   Q.   Yes, sir. How long have you lived at the
[4] address in Alpharetta?
[5]   A.   Say it again. You blanked.
[6]   Q.   Can you hear me now?
[7]   A.   How long was I there for, five years, four
[8] years, yeah, about four years.
[9]   Q.   About four years, all right. How long
[10] have you lived at the address in Florida?
[11]   A.   Maybe over 10.
[12]   Q.   The address in Alpharetta, do you live
[13] there by yourself or are there other folks that live
[14] there with you?
[15]   A.   My kids. I got kids. When it's my time
[16] to keep my kids, they're there.
[17]   Q.   So you've got kids under the age of 18?
[18]   A.   Yeah.
[19]   Q.   Same thing in Florida?
[20]   A.   No.
[21]   Q.   Who lives at the address with you in
[22] Florida?
[23]   A.   Why is that important?
[24]   Q.   I'm just trying to get some information
[25] regarding your residences and who lives with you, who

Page 9

[1] might have seen the jewelry we're going to talk about.
[2]    A.    I really don't want to discuss who lives
[3] with me because then I'm bringing them into my
[4] situation.  So that's really irrelevant.  That's
[5] irrelevant who lives with me at either one of my
[6] addresses.  I don't want to answer that.  It doesn't
[7] really matter.
[8]         When it's my time to keep my kids in
[9] Atlanta, they live with me while I'm in Atlanta; but
[10] when I'm in Florida, I really don't want to get into
[11] who lives with me, their names, you know, all of that.
[12] I ain't going to get into all of that about my jewelry
[13] claim that I paid good money for.
[14]         I really feel like I'm being singled out
[15] because I'm a black man, you know what I'm saying.
[16] So it is what it is.  They don't say that when I go
[17] buy the half million dollars cars and get them
[18] insured.  They don't ask me all these questions when I
[19] do that.
[20]         Now it's time for me to make a claim, you
[21] know what I'm saying, and get something repaid back to
[22] me, it's a problem.  So no, I don't feel like I want
[23] to answer that.  So you can ask the next question.
[24]    Q.    So you're not going to tell me the folks
[25] that live with you in Florida, just to make the record

Page 10

[1] clear?
[2]         MR. HERNAN: I think he explained himself.
[3]         MS. WEINER: Okay, noted.
[4] BY MS. WEINER:
[5]    Q.    Mr. Love, are you married?
[6]    A.    Single.
[7]    Q.    Have you ever been married?
[8]    A.    Yeah.
[9]    Q.    How many times have you been married?
[10]    A.    One time.
[11]    Q.    Mr. Love, where did you grow up?  What
[12] state did you grow up in?  I'm sorry, Mr. Love, you
[13] were frozen there for a second.
[14]         MR. HERNAN: You're going to need to
[15]     repeat that question.
[16] BY MS. WEINER:
[17]    Q.    I asked what state did you grow up in?
[18]    A.    I grew up in a lot of states.
[19]    Q.    Where did you graduate from high school?
[20]    A.    Wisconsin.
[21]    Q.    After graduating from high school, did you
[22] obtain any additional schooling or training?
[23]    A.    I went to Gold Coast Realty School in
[24] Sawgrass, Florida.
[25]    Q.    Did you obtain a degree or certificate

Page 11

[1] from Gold Coast Realty School?
[2]    A.    Yes, ma'am.
[3]    Q.    Any other schooling or training other than
[4] Gold Coast Realty School?
[5]    A.    No, ma'am.
[6]    Q.    Have you ever filed bankruptcy before?
[7]    A.    I can't really remember.  I mean not that
[8] I remember.  Maybe I did in my early 20's.  I can't
[9] really remember.  I don't remember that.
[10]    Q.    If you did, it wasn't any time recently
[11] like in the last 10 years or anything?
[12]    A.    No, of course not, no, not in the last 20
[13] years.
[14]    Q.    What's your date of birth?
[15]    A.    5-22-75.
[16]         MS. WEINER: Off the record.
[17]          (Off the record discussion.)
[18] BY MS. WEINER:
[19]    Q.    What do you do for work?  What's your
[20] employment?
[21]         MR. HERNAN: Are you back on the record,
[22]     Denise?
[23]         MS. WEINER: I'm sorry, back on the
[24]     record, yes.
[25]         MR. HERNAN: Can you repeat the question?

Page 12

[1]         MS. WEINER: I was just asking Mr. Love
[2]     what he did for employment, what is his job.
[3]         THE WITNESS: I'm a music producer.
[4] BY MS. WEINER:
[5]    Q.    Do you have a company that you work for?
[6]    A.    No, I have several companies that I own.
[7] I don't work for anyone.
[8]    Q.    What are the names of the companies that
[9] you own?
[10]    A.    You Dig Music Group; Love Holdings, LLC;
[11] Love Parking, which is public parking lots; Money
[12] M.O.B. ENT, which is a management company signed to a
[13] major record label.  That's about it.
[14]    Q.    You Dig Music Group, Love Holdings, LLC
[15] and what was the parking company?  I didn't get that
[16] one.
[17]    A.    Love Parking.
[18]    Q.    Okay, and then the last one, I didn't get
[19] that one either?
[20]    A.    Money M.O.B. ENT.  It's LLC, I'm sorry.
[21]    Q.    Are those all incorporated here in
[22] Georgia?
[23]    A.    I think they're unilateral, right?  You
[24] Dig Music is Florida, is a Florida entity.
[25]    Q.    But the other ones you listed with

STATE FARM INSURANCE COMPANIES
LONNIE LOVE

EUO of LONNIE DALE LOVE
November 5, 2020

Page 13

[1] Georgia?
[2]  **A.**  Can you hear me?
[3]  **Q.**  The other companies you listed are Georgia
[4] companies?
[5]  **A.**  Hello?
[6]  **Q.**  You were frozen there for a second, Mr.
[7] Love. The other companies that you listed other than
[8] You Dig Music Group, are those Georgia companies?
[9]  **A.**  The other ones are, but You Dig Music is a
[10] Florida company.
[11]  **Q.**  So other than you owning these four
[12] companies, do you have any other employment? Can you
[13] hear me?
[14]  **A.**  Can you hear me now?
[15]  **Q.**  Yes, sir, I can hear you.
[16]  **A.**  Yeah. You Dig is a Florida company, and
[17] the other two is Georgia companies.
[18]  **Q.**  Other than those companies that you own,
[19] those four companies that you listed out, do you have
[20] any other employment or sources of income other than
[21] those companies?
[22]  **A.**  No.
[23]  **Q.**  How long have you owned these companies?
[24]  **A.**  I don't know.
[25]  **Q.**  I mean have you been doing this kind of

Page 14

[1] work for the last 20 years, I guess, is what I'm
[2] asking?
[3]  **A.**  Yeah.
[4]  **Q.**  Do you derive income from these four
[5] companies?
[6]  **A.**  Yes.
[7]  **Q.**  Do you get income from the companies every
[8] month?
[9]  **A.**  Random, you know. It just depends on how
[10] I structure every deal. It's a deal-by-deal basis.
[11]  **Q.**  What is your yearly income?
[12]  **A.**  I mean I really don't know. It kind of
[13] varies. I don't know. I'd have to go through my
[14] books and all that. I didn't know that I had to come
[15] with all that.
[16]  **Q.**  Can you give me a range as to what your
[17] yearly income was over the last several years?
[18]  **A.**  I mean I don't know, maybe, I don't know.
[19] What would you say?
[20]  **Q.**  Unfortunately, Mr. Hernan can't answer
[21] that for you.
[22]  **A.**  I don't know. I don't know what my books
[23] look like. I don't know, a million dollars. I
[24] don't know, because I don't have that in my hand. I
[25] didn't know to come with that.

Page 15

[1]  **Q.**  You file tax returns, right, Mr. Love?
[2]  **A.**  I don't think that I've filed as of yet.
[3]  **Q.**  For 2019, you haven't filed yet?
[4]  **A.**  Yeah.
[5]  **Q.**  But you filed for the preceding years,
[6] 2018, 2017, correct?
[7]  **A.**  I don't handle that. I really don't
[8] handle any of that. My accountant and my CPA handles
[9] everything. So I'm sure they did.
[10]  **Q.**  So you're not sure in you filed taxes in
[11] the last couple of years?
[12]  **A.**  I mean I don't handle that. Like I
[13] really have managers and assistants and everything
[14] that really runs my life entirely, to its entirety.
[15] Like even with the Florida people, the insurance and
[16] whatnot in Florida, like I went and originally met
[17] with them many, many years ago but I've never, like I
[18] don't pay my bills. I don't communicate with them.
[19] I don't file claims.
[20] I'm not in the loop like that. So I
[21] would have to really get you that information. My
[22] life is not designed and set up like that, you know
[23] what I mean. I have drivers. I have security
[24] guards that work for me. I have maids that work for
[25] me. You know, I'm a celebrity. I'm in the

Page 16

[1] entertainment business. My life is a little
[2] different than the average person.
[3] So the questions that you asked me, ma'am,
[4] I really don't have all the answers, not that I don't
[5] want to give them to you, but I just don't have them.
[6] I don't know.
[7]  **Q.**  Could you go to those people that assist
[8] you in, for example, filing your taxes and get that
[9] information and supply it to your attorney?
[10]  **A.**  I'm sure I could, yeah, but I don't see
[11] why that's even relevant, though.
[12]  **Q.**  I'm just asking, since you're not familiar
[13] with that information as you sit here today I'm asking
[14] you to try to get that information and then provide it
[15] to your attorney.
[16] We asked for your tax returns, is one of
[17] the things that we asked. I know you may not have
[18] that with you here today, but that could help with
[19] this information.
[20]  **A.**  Okay, but let me just say this, though.
[21] I understand what you're asking for. You're asking
[22] for a lot of stuff, but I am telling you now and in
[23] front of my lawyer I will say it and I will say it
[24] again, certain things, I just will not be giving you
[25] people anyway because I really feel like it's

# **EXHIBIT 2**

**State Farm Florida Insurance Company**
A Stock Company with Home Offices in Winter Haven, Florida

Po Box 88049
Atlanta GA 30356-9901

**Named Insured**

AT1   H-19-7451-FA6F   P F
000079 0046
LOVE, LONNIE
ATLANTA GA 30325-0897



**DECLARATIONS PAGE** AMENDED AUG 10 2020

| Policy Number | 59-CK-S034-0 |
|---|---|

| Policy Period | Effective Date | Expiration Date |
|---|---|---|
| 12 Months | JUN 15 2020 | JUN 15 2021 |

The policy period begins and ends at 12:01 am standard time at the named insured's address.

ST-0102-0005

## PERSONAL ARTICLES POLICY

**AUTOMATIC RENEWAL** - If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

For questions, problems, or to obtain information about coverage call:   954-613-1010

| Class of Property | Amount of Insurance | |
|---|---|---|
| Jewelry as scheduled | $ 137,200 | Your policy is amended AUG 10 2020<br>JEWELRY COVERAGE CHANGED |
| **(SCHEDULE ATTACHED)** | | |
| Forms, Options, and Endorsements<br>PERSONAL ARTICLES POLICY   FP-7942<br>AMENDATORY ENDORSEMENT   FE-7749<br>LOSS SETTLEMENT ENDORSEMENT   FE-3357 | | **ENDORSEMENT PREMIUM**<br>INCREASE    $ 132.13 |

**NOTICE:** We have the option of repairing or replacing the lost or damaged property at our cost. If we agree to a cash settlement, we will pay you no more than our cost to replace the item.

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

Your policy consists of this page, any endorsements and the policy form. **PLEASE KEEP THESE TOGETHER.**

FP-7070.3C

0202    151  I
N
Prepared   SEP 15 2020       HENRIQUEZ INS AND FIN SVCS INC
                              954-613-1010
555-7020 c.1  (o1f0391c) Rev. 03-2002
39

**CONTINUED FROM FRONT SIDE**

**PERSONAL ARTICLES POLICY**

| Class of Property | Amount of Insurance | |
|---|---|---|
| | | |

| Forms, Options, and Endorsements | | |
|---|---|---|
| | | |

BK

o1f0392d
Rev. 07-2002

Policy Number  
59-CK-S034-0

**PERSONAL ARTICLES SCHEDULE**

AUG 10 2020

H- 7451-FA6F  P  F  
000079  0046

LOVE, LONNIE

**Named Insured**



Property Covered:   Jewelry

| Item Number | Description | Coverage Amount |
|---|---|---|
| 3 added | GENTS RND BRILL CUT DIA PAVE SET BAND RING, MOUNTING IS CUTSTOM MADE OF 14K WG, APPROX 4.50 CTW, CLARITY VS2-SI2, COLOR G | $  9,500 |

ST-0202-0005

(This Schedule page reflects only the items that were added, deleted or changed on the date indicated above.  The total coverage amount is indicated on the amended dec page.)

0203

42   o1f0393c  Rev. 03-2002

# **EXHIBIT 3**



# Sworn Statement in Proof of Loss
Personal Articles Policy

Claim Number: <u>59-11P3-20M</u>

I, <u>Lonnie Love</u>, submit the following answers and listed attachments as my proof of loss:
Name of Insured

The time of loss was September 06, 2020 (date) at approximately 3:00am (time).

I believe the cause of the loss was <u>the items were inside my vehicle which was stolen. The vehicle was recovered but the items were gone.</u>

I believe the location of the loss was <u>887 Spring St NW, Atlanta GA 30308. The vehicle was stolen when it was pulled up to valet parking.</u>

I believe the facts of the loss are <u>that my vehicle was stolen. Although the vehicle was recovered, I had personal items in the vehicle that were not recovered including (but not limited to) the following pieces of jewelry:</u>

<u>Diamond ring - approximately 5 carats (GIA Report#: 5191985382)</u>

<u>Rolex watch - Oyster Perpetual Datejust II - Serial #: 4H895947 - Model #: 72210</u>

<u>Man's diamond band ring - approximately 4.5 carats - Certificate #: 3132314</u>

I ☐ do / ☑ do not have other insurance which applies to the structure and/or personal property covered by this policy.
The other company providing coverage is _____

I ☐ am / ☑ am not attaching a detailed estimate of repair from <u>(Note: Appraisals previously submitted)</u> of the damaged property.

I ☑ am / ☐ am not attaching an inventory which shows in detail the quantity, description, actual cash value, and amount of loss of all personal property for which I am making claim. I am making claim for $ <u>137,200.00</u> for damaged property.

I assign to State Farm® all my rights of recovery against any person for this loss, to the extent that payment is made, and agree to cooperate with State Farm in a reasonable manner and do nothing to prejudice this right of recovery.

I did not cause or procure this loss; nothing has been done by or with my consent or agreement to violate the provisions of the policy so as to render it void. I have not concealed or attempted to deceive State Farm as to the extent or cause of this loss in any manner.

It is agreed that State Farm is not giving up any rights by supplying this form or by assisting in the completion of this proof, and I am not giving up any rights by completing and submitting this form.

**Pursuant to s. 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in s. 775.082, s. 775.083, or s. 775.084, Florida Statutes.**

_Lonnie Love_ (signature)   09/24/2020
Signature   Date   Signature   Date

Signature   Date   Signature   Date

Personally appeared before me, the day and date above written, <u>Lonnie Love</u>, signer of the foregoing statements, who being by me duly sworn, made solemn oath that the matters contained in the foregoing statements are true in substance and in fact.

_Joandaly Chavez_ (SEAL)
Notary Public

[Notary Seal: JOANDALY CHAVEZ, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES DECEMBER 17, 2021]

8/7/2014