**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| LONNIE LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | FILE NO. _____ |
| | ) | [On removal from State |
| STATE FARM FLORIDA | ) | Court of Fulton County, |
| INSURANCE COMPANY, | ) | Georgia, Civil Action |
| | ) | File No. 20EV007743] |
| Defendant. | ) | |
| | ) | |

## **CERTIFICATE**

I hereby certify that that I am counsel for Defendant State Farm Florida Insurance Company in the above-styled proceeding and have this day filed a copy of the "Notice of Removal," including "Notice of Filing Removal," in the State Court of Fulton County, Georgia, the Court from which said action was removed.

This 24th day of February, 2021.

*[Signature on Following Page]*

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS

*/s/ Kristen M. Vigilant*
Rebecca E. Strickland
Georgia Bar No. 358183
Kristen M. Vigilant
Georgia Bar No. 191460
***Attorneys for State Farm Florida Insurance Company***

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com

## LOCAL RULE 5.1C CERTIFICATION

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 24th day of February, 2021.

                                      SWIFT, CURRIE, McGHEE & HIERS

                                      */s/  Kristen M. Vigilant*
                                      Rebecca E. Strickland
                                      Georgia Bar No. 358183
                                      Kristen M. Vigilant
                                      Georgia Bar No. 191460
                                      ***Attorneys for State Farm Florida***
                                      ***Insurance Company***

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify I have this day electronically filed the foregoing *Certificate* with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorney:

>Jamie B. Hernan, Esq.
>The Hernan Law Firm, P.C.
>10896 Crabapple Road
>Roswell, Georgia 30075
>jamie@hernanfirm.com
>*Attorney for Plaintiff Lonnie Love*

This 24th day of February, 2021.

>SWIFT, CURRIE, McGHEE & HIERS
>
>/s/  Kristen M. Vigilant
>Rebecca E. Strickland
>Georgia Bar No. 358183
>Kristen M. Vigilant
>Georgia Bar No. 191460
>***Attorneys for State Farm Florida Insurance Company***

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com