UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LONNIE LOVE<br><br>Plaintiff,<br><br>VS.<br><br>STATE FARM FLORIDA<br>INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 1:21-cv-00786-ELR |

## MOTION TO REMAND

COMES NOW, the Plaintiff, Lonnie Love (hereinafter "Plaintiff") and files this MOTION TO REMAND against Defendant State Farm Florida Insurance Company pursuant to 28 U.S.C. §1447(c), as follows:

1. This matter was originally filed in the State Court of Fulton County, Georgia on or about December 23, 2020 (the "Underlying Matter").

2. Defendant filed an untimely Notice of Removal on February 24, 2021 (identified as Document Number 1 in this matter).

3. This Motion to Remand is filed within thirty (30) days of the filing of the Notice of Removal pursuant to 28 U.S.C. §1447.

1

4. Defendant State Farm Florida Insurance Company is a Florida profit corporation (see Defendant's latest Annual Report filed with the Florida Department of State Division of Corporations and additional documentation contained in <u>Exhibit A</u> and incorporated herein).

5. The registered agent for Defendant as filed with the Florida Department of State is Chief Financial Officer, 200 E. Gaines St., Tallahassee, FL 32399, as evidenced by the documentation set forth in <u>Exhibit A</u> and incorporated herein.

6. Defendant was served with summons and complaint in the Underlying Matter through its registered agent for service of process on January 13, 2021 at 11:30 a.m. as set forth by the Return of Service attached hereto as <u>Exhibit B</u> and incorporated herein (the "Proof of Service").

7. The Proof of Service was filed in the Underlying Matter on or about January 14, 2021.

8. Pursuant to O.C.G.A. §9-11-12, a "Defendant shall serve his answer within 30 days after the service of the summons and complaint upon him."

9. Defendant's responsive pleading in the Underlying Matter was due on or about February 12, 2021.

10. Defendant failed to file a timely responsive pleading in the Underlying Matter.

11. Defendant filed its responsive pleading on or about February 24, 2021.

12. Defendant is in default in the underlying matter and default judgment in favor of Plaintiff is proper.

13. Pursuant to 28 U.S.C. § 1446, the notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

14. Defendant filed its Notice of Removal on February 24, 2021, more than thirty (30) days after receipt by Defendant through service of a copy of the initial pleading setting forth the claims of Plaintiff.

15. Wherefore, pursuant to 28 U.S.C. § 1446, Defendant's removal of this action was untimely and this matter should be remanded to the State Court of Fulton County.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion to Remand and remand this matter back to the State Court of Fulton County, Georgia.

RESPECTFULLY SUBMITTED this 25th day of March 2021.

By: /s/ Jamie B. Hernan
Jamie B. Hernan, GA Bar # 348555
Attorney for Plaintiff

THE HERNAN LAW FIRM PC
10896 Crabapple Road
Roswell, Georgia 30075
Telephone: (678) 275-4000
Email: jamie@hernanfirm.com

CERTIFICATE OF COMPLIANCE WITH LR 5.1C, NDGa

I hereby certify pursuant to LR 7.1D, NDGa that the foregoing document has been prepared with one of the font and point selections approved by this Court in LR 5.1C, NDGa, using a 14-point Times New Roman font.

Respectfully submitted this 25th day of March 2021.

THE HERNAN LAW FIRM PC

/s/ Jamie B. Hernan
Jamie B. Hernan, Georgia Bar #: 348555
10896 Crabapple Road, Suite 101
Roswell, Georgia 30075
Telephone: (678) 275-4000
Facsimile: (678) 265-4000
Email: jamie@hernanfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LONNIE LOVE | : |
| | : CASE NO. 1:21-cv-00786-ELR |
| Plaintiff, | : |
| | : |
| VS. | : |
| | : |
| STATE FARM FLORIDA | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

Plaintiff hereby certifies, by and through the undersigned counsel, that a copy of the foregoing Motion to Remand was served upon Defendant through electronic service via the filing of such document through the e-file system of this Court.

Respectfully submitted this 25th day of March 2021.

THE HERNAN LAW FIRM PC

/s/ Jamie B. Hernan
Jamie B. Hernan, Georgia Bar #: 348555
10896 Crabapple Road, Suite 101
Roswell, Georgia 30075
Telephone: (678) 275-4000
Facsimile: (678) 265-4000
Email: jamie@hernanfirm.com
Attorney for Plaintiff

5

EXHIBIT A

2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT
Case 0:21-cv-60538 Document 6   Filed 03/25/21   Page 7 of 12
FILED
Mar 03, 2020
Secretary of State
1809868004CC

DOCUMENT# P98000101455

Entity Name: STATE FARM FLORIDA INSURANCE COMPANY

Current Principal Place of Business:

7401 CYPRESS GARDENS BLVD.
WINTER HAVEN, FL 33888-0001

Current Mailing Address:

7401 CYPRESS GARDENS BLVD.
WINTER HAVEN, FL 33888-0001

FEI Number: 36-4261774

Certificate of Status Desired: No

Name and Address of Current Registered Agent:

CHIEF FINANCIAL OFFICER
200 E. GAINES ST.
TALLAHASSEE, FL 32399 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                                        Date

## Officer/Director Detail :

| | | | | |
|---|---|---|---|---|
| Title | S, VP | | Title | ASST. SECRETARY - TREASURER |
| Name | YOWELL, LYNNE M | | Name | JACQUOT, TAMARA |
| Address | ONE STATE FARM PLAZA | | Address | ONE STATE FARM PLAZA D2 |
| City-State-Zip: | BLOOMINGTON IL 61710-0001 | | City-State-Zip: | BLOOMINGTON IL 61710-0001 |
| | | | | |
| Title | PRESIDENT, CEO | | Title | VP, TREASURER |
| Name | KRAUSE, DANIEL JOESPH | | Name | FARNEY, JON CHARLES |
| Address | 236 PERIMETER CENTER PKWY NE | | Address | ONE STATE FARM PLAZA |
| City-State-Zip: | DUNWOODY GA 30346-1402 | | City-State-Zip: | BLOOMINGTON IL 61710-0001 |
| | | | | |
| Title | VP, CONTROLLER | | | |
| Name | SCHWAMBERGER, MARK E | | | |
| Address | ONE STATE FARM PLAZA | | | |
| City-State-Zip: | BLOOMINGTON IL 61710-0001 | | | |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: TAMARA JACQUOT                           ASSISTANT SECRETARY-   03/03/2020
                                                    TREASURER
Electronic Signature of Signing Officer/Director Detail                         Date



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
STATE FARM FLORIDA INSURANCE COMPANY

**Filing Information**

| | |
|---|---|
| **Document Number** | P98000101455 |
| **FEI/EIN Number** | 36-4261774 |
| **Date Filed** | 12/07/1998 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDED AND RESTATED ARTICLES |
| **Event Date Filed** | 08/19/1999 |
| **Event Effective Date** | NONE |

**Principal Address**

7401 CYPRESS GARDENS BLVD.
WINTER HAVEN, FL 33888-0001

**Mailing Address**

7401 CYPRESS GARDENS BLVD.
WINTER HAVEN, FL 33888-0001

Changed: 04/29/2010

**Registered Agent Name & Address**

CHIEF FINANCIAL OFFICER
200 E. GAINES ST.
TALLAHASSEE, FL 32399

Address Changed: 05/01/2003

**Officer/Director Detail**

**Name & Address**

Title S, VP

YOWELL, LYNNE M
ONE STATE FARM PLAZA
BLOOMINGTON, IL 61710-0001

Title Asst. Secretary - Treasurer

Jacquot, Tamara
ONE STATE FARM PLAZA D2
BLOOMINGTON, IL 61710-0001

Title President, CEO

Krause, Daniel Joesph
236 Perimeter Center Pkwy NE
Dunwoody, GA 30346-1402

Title VP, Treasurer

Farney, Jon Charles
One State Farm Plaza
Bloomington, IL 61710-0001

Title VP, Controller

Schwamberger, Mark E
One State Farm Plaza
Bloomington, IL 61710-0001

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2018 | 04/30/2018 |
| 2019 | 02/15/2019 |
| 2020 | 03/03/2020 |

## Document Images

| Date | |
|---|---|
| 03/03/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/15/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 06/17/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/22/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2000 -- ANNUAL REPORT | View image in PDF format |

| Date -- Type | |
|---|---|
| ~~03/02/2000 -- ANNUAL REPORT~~ | View image in PDF format |
| 08/19/1999 -- Amended and Restated Articles | View image in PDF format |
| 07/28/1999 -- ANNUAL REPORT | View image in PDF format |
| 12/31/1998 -- Amendment | View image in PDF format |
| 12/07/1998 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# EXHIBIT B

Case 1:21-cv-00786-ELR   Document 6   Filed 03/25/21   Page 12 of 12

State Court of Fulton County
**E-FILED**
20EV007743
1/14/2021 8:17 AM
Christopher G. Scott, Clerk
Civil Division

## RETURN OF SERVICE

State of Georgia          County of Fulton          Circuit Court

Case Number: 20EV007743

Plaintiff:
LONNIE LOVE

vs.

Defendant:
STATE FARM FLORIDA INSURANCE COMPANY

For:
THE HERNAN LAW FIRM
10896 CRABAPPLE ROAD
SUITE 101
ROSWELL, GA 30075

Received by KD PROCESS on the 13th day of January, 2021 at 10:30 am to be served on STATE FARM FLORIDA INSURANCE COMPANY CHIEF FINANCIAL OFFICER, 200 E. Gaines St., Tallahassee, FL 32399.

I, Christopher Kady, do hereby affirm that on the 13th day of January, 2021 at 11:30 am, I:

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE by delivering a true copy of the SUMMONS and COMPLAINT with the date and hour of service endorsed thereon by me, to: CARSON FINAN as ADMINISTRATIVE SECRETARY authorized to accept service, of the within named corporation, at the address of: 200 E GAINES ST., TALLAHASSEE, FL 32399 on behalf of STATE FARM FLORIDA INSURANCE COMPANY, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 27, Sex: M, Race/Skin Color: WHITE, Height: 5'11", Weight: 160, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher Kady
Process Server 237

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 545-3452

Our Job Serial Number: KDY-2021001405

Copyright © 1992-2021 Database Services, Inc - Process Server's Toolbox V8.1z