IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LONNIE LOVE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:21-CV-00786-ELR |
| | * | |
| STATE FARM FLORIDA | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**O R D E R**

In accordance with Local Rule 3.3, the Court **DIRECTS** Plaintiff Lonnie Love to file a Certificate of Interested Persons and **DIRECTS** Defendant State Farm Florida Insurance Company to file a Corporate Disclosure Statement within seven (7) days from the date of entry of this order.  If the Parties fail to file their respective Certificate of Interested Persons and Corporate Disclosure Statement within the seven (7)-day period, the Court **DIRECTS** the Clerk to submit this action to the undersigned.

**SO ORDERED**, this 24th day of May, 2021.

                                                                  *[Signature]*
                                                                  Eleanor L. Ross
                                                                  United States District Judge
                                                                  Northern District of Georgia