# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LONNIE LOVE,            )<br>                                    )<br>            Plaintiff,   )<br>                                    )<br>v.                                  )<br>                                    )<br>STATE FARM FLORIDA     )<br>INSURANCE COMPANY, )<br>                                    )<br>            Defendant.  )<br>_____) | CIVIL ACTION FILE<br>NO. 1:21-cv-00786-ELR |

## CERTIFICATE OF INTERESTED PERSONS

1. The undersigned counsel of record for Plaintiff Lonnie Love certifies that the following is a full and complete list of all parties in this action:

    a. Lonnie Love

    b. State Farm Florida Insurance Company

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. None known to Plaintiff at this time

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> The Hernan Law Firm PC
> Jamie B. Hernan
> 10896 Crabapple Road, Suite 101
> Roswell, Georgia 30075
> Telephone: (678) 275-4000
> jamie@hernanfirm.com
> *Attorney for Plaintiff*
>
> Swift, Currie, McGhee & Hiers
> Rebecca E. Strickland
> Kristen M. Vigilant
> 1355 Peachtree Street, N.E., Suite 300
> Atlanta, Georgia 30309
> Telephone: (404) 874-8800
> rebecca.strickland@swiftcurrie.com
> kristen.vigilant@swiftcurrie.com
> *Attorneys for Defendant*

Respectfully submitted this 26th day of March 2021.

**THE HERNAN LAW FIRM, PC**

/s/ Jamie B. Hernan
Jamie B. Hernan, Esq.
Georgia Bar Number: 348555
10896 Crabapple Road
Roswell, Georgia 30075
Tel: (678) 275-4000
Fax: (678) 265-4000
Email: jamie@hernanfirm.com
Counsel for Plaintiff

## **NOTICE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing Certificate of Interested Persons was prepared in Times New Roman, 14-point font in compliance with the requirements of Local Rule 5.1 of this Court.

Respectfully submitted this 26th day of March 2021.

                                        **THE HERNAN LAW FIRM, PC**

                                        /s/ Jamie B. Hernan
                                        Jamie B. Hernan, Esq.
                                        Georgia Bar Number: 348555
                                        10896 Crabapple Road
                                        Roswell, Georgia 30075
                                        Tel: (678) 275-4000
                                        Fax: (678) 265-4000
                                        Email: jamie@hernanfirm.com
                                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day electronically filed a copy of the foregoing Certificate of Interested Persons with the Clerk of Court through the Court's CM/ECF system, through which a copy shall be sent to the following counsel for Defendant:

>Swift, Currie, McGhee & Hiers
>Rebecca E. Strickland
>Kristen M. Vigilant
>1355 Peachtree Street, N.E., Suite 300
>Atlanta, Georgia 30309
>rebecca.strickland@swiftcurrie.com
>kristen.vigilant@swiftcurrie.com

Respectfully submitted this 26th day of March 2021.

**THE HERNAN LAW FIRM, PC**

/s/ Jamie B. Hernan
Jamie B. Hernan, Esq.
Georgia Bar Number: 348555
10896 Crabapple Road
Roswell, Georgia 30075
Tel: (678) 275-4000
Fax: (678) 265-4000
Email: jamie@hernanfirm.com
Counsel for Plaintiff