# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LONNIE LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:21-cv-00786-ELR |
| STATE FARM FLORIDA ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT STATE FARM FLORIDA INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant State Farm Florida Insurance Company ("State Farm") files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3, showing this Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**For Plaintiff:** Plaintiff Lonnie Love.

**For State Farm**: State Farm Florida Insurance Company, which is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, its parent, is a corporation formed under the laws of the state of Florida and its principal place of business is Florida. As a mutual insurance company, State Farm Mutual Automobile Insurance Company has no stock and is not a publicly traded corporation.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**For Plaintiff**: Plaintiff Lonnie Love.

**For State Farm**:  State Far Florida Insurance Company is affiliated with the following companies:

- **4eightyfive, LLC;**
- **Atlanta Office Investment, LLC;**
- **Atlanta Office Ph I, LLC;**
- **Austin Jack, LLC;**
- **BCS Office Investments One, LP;**
- **BCS Office Investments Two, LP;**

- **BCS West Land Investments, LP;**

- **Centennial Jack II, LLC;**

- **Centennial Jack IV, LLC;**

- **Centennial Jack V, LLC;**

- **Centennial Mac Jack, LLC;**

- **Centennial Park III, LLC;**

- **City Lights on Fig, LP;**

- **DRT, LP;**

- **Durham Office Headquarters Buildings, LLC;**

- **EMVLP, LLC;**

- **Foreign Securities Trust No. 1;**

- **Hoover Ross Bridge, LLC;**

- **Idaho - Brockton, LP;**

- **Idaho Pacific, LLC;**

- **Insurance Placement Services, Inc.;**

- **MICP, LLC;**

- **MountainBrook, LLC;**

- **New Jersey Kimball, LLC;**

- **Oglesby Reinsurance Company;**
- **RS Realty, LLC;**
- **SASAP, LLC;**
- **SF Insurance Placement Corporation of Canada;**
- **SF Risk Management Group, LLC;**
- **SFCL, LLC;**
- **SFSV Hill Airport Commerce, LP;**
- **SRL Portfolio, LLC;**
- **St. Louis Market, LLC;**
- **State Farm Bank, FSB;**
- **State Farm Companies Foundation;**
- **State Farm County Mutual Insurance Company of Texas;**
- **State Farm EM Equity Trust;**
- **State Farm Equity and Bond Fund (Symbol: SLBAX);**
- **State Farm Finance Corporation of Canada;**
- **State Farm Fire and Casualty Company;**
- **State Farm General Insurance Company;**
- **State Farm Indemnity Company;**

- **State Farm International Equity Fund (Symbol: SFFAX);**
- **State Farm International Holding Company;**
- **State Farm International Index Fund (Symbol: SIIAX);**
- **State Farm International Services, Inc.;**
- **State Farm Investment Management Corp.;**
- **State Farm Life and Accident Assurance Company;**
- **State Farm Life Insurance Company;**
- **State Farm Liquidity Pool LLC;**
- **State Farm Lloyds, Inc.;**
- **State Farm Mutual Automobile Insurance Company;**
- **State Farm Small Cap Index Fund (Symbol: SMIAX);**
- **State Farm Small/Mid Cap Equity Fund (Symbol: SFSAX);**
- **State Farm Realty Investment Company;**
- **Tempe Office Investment, LLC;**
- **Top Layer Reinsurance, Ltd.; and**
- **Town Square Retail, LLC.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:** Jamie B. Hernan
The Hernan Law Firm, P.C.
10896 Crabapple Road
Roswell, Georgia 30075
Tel: (678) 275-4000
Fax: (678) 265-4000
jamie@hernanfirm.com

**For State Farm:** Rebecca E. Strickland
Georgia Bar No. 358183
Kristen M. Vigilant
Georgia Bar No. 191460
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com

This 26th day of May, 2021.

Respectfully submitted,

SWIFT, CURRIE, McGHEE & HIERS

/s/ Kristen M. Vigilant
Rebecca E. Strickland
Georgia Bar No. 358183
Kristen M. Vigilant
Georgia Bar No. 191460
*Attorneys for State Farm Florida Insurance Company*

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com

## **LOCAL RULE 5.1C CERTIFICATION**

By signature below, counsel certifies that the foregoing pleading was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1C.

Respectfully submitted this 26th day of May, 2021.

             SWIFT, CURRIE, McGHEE & HIERS

             */s/ Kristen M. Vigilant*
             Rebecca E. Strickland
             Georgia Bar No. 358183
             Kristen M. Vigilant
             Georgia Bar No. 191460
             ***Attorneys for State Farm Florida***
             ***Insurance Company***

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

I hereby certify I have this day electronically filed the foregoing ***Defendant State Farm Florida Insurance Company's Certificate of Interested Persons and Corporate Disclosure Statement*** with the Clerk of Court via the CM/ECF system, through which the Court will send notification to the following attorney:

> Jamie B. Hernan, Esq.
> The Hernan Law Firm, P.C.
> 10896 Crabapple Road
> Roswell, Georgia 30075
> jamie@hernanfirm.com
> *Attorney for Plaintiff Lonnie Love*

This 26th day of May, 2021.

SWIFT, CURRIE, McGHEE & HIERS

*/s/ Kristen M. Vigilant*
Rebecca E. Strickland
Georgia Bar No. 358183
Kristen M. Vigilant
Georgia Bar No. 191460
***Attorneys for State Farm Florida Insurance Company***

1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309
Tel: (404) 874-8800
Fax: (404) 888-6199
rebecca.strickland@swiftcurrie.com
kristen.vigilant@swiftcurrie.com